IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| SHAWN JEROME KNOTT, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 5:17-CV-36(MTT) |
| Warden GREGORY MCLAUGHLIN, | ) |
| Defendant. | ) |

## ORDER

United States Magistrate Judge Charles H. Weigle recommends granting in part and denying in part the Defendant's motion to dismiss (Doc. 11). Doc. 21. Specifically, the Magistrate Judge recommends allowing the Plaintiff's RLUIPA and First Amendment claims to proceed for further factual development and denying the Defendant's qualified immunity defense at this stage, but the Magistrate Judge also recommends limiting the Plaintiff's monetary relief to nominal damages. Neither party has objected to the Recommendation. The Court has reviewed the Recommendation, and the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation is **ADOPTED** and made the order of the Court. Accordingly, the Defendant's motion to dismiss (Doc. 11) is **GRANTED in part** and **DENIED in part**, so that the Plaintiff's claims may proceed, but his monetary relief is limited to nominal damages.

**SO ORDERED**, this 8th day of January, 2018.

<u>S/ Marc T. Treadwell</u>
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT