IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

SHAWN JEROME KNOTT,  )
    Plaintiff,  )
    v.  ) CASE NO. 5:17-CV-36(MTT)
Warden GREGORY MCLAUGHLIN, *et al.*,  )
    Defendants.  )

## ORDER

United States Magistrate Judge Charles H. Weigle recommends denying the Plaintiff's motion for a preliminary injunction (Doc. 25) because the Plaintiff has failed to satisfy the necessary prerequisites for the Court to issue such a drastic remedy. Doc. 28. The Plaintiff has not objected.[1] The Court has reviewed the Recommendation, and the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. Accordingly, the Recommendation (Doc. 28) is **ADOPTED** and made the order of this Court, and the Plaintiff's motion (Doc. 25) is **DENIED**.

**SO ORDERED,** this 30th day of May, 2018.

    S/ Marc T. Treadwell
    MARC T. TREADWELL, JUDGE
    UNITED STATES DISTRICT COURT

---

[1] On April 16, 2018, the same day the Magistrate Judge filed the Recommendation (Doc. 28), the Court received the Plaintiff's reply to the Defendants' response (Doc. 27) to his motion, which obviously the Magistrate Judge could not have seen before issuing his Recommendation. Doc. 29. However, regardless of whether or not the Court considers the Plaintiff's reply, the Plaintiff's motion must be denied for the reasons articulated in the Recommendation (Doc. 28).